ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JONATHAN B. KLINCK
Assistant United States Attorney
California Bar Number 119926
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8561
    Facsimile: (213) 894-7819
    E-mail: jon.klinck@usdoj.gov
Attorneys for Defendant
United States Postal Service

JS 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RON LANDIS, | No. CV 13-03267 DFS (FFMx) |
|     Plaintiff, | **ORDER ON STIPULATION FOR COMPROMISE SETTLEMENT AND RELEASE OF CLAIMS** |
|     v. | |
| UNITED STATES POSTAL SERVICE, | |
|     Defendant. | |

Based on the parties' filed Stipulation for Compromise Settlement and Release and good cause appearing therefor,

///

///

///

///

///

///

///

IT IS ORDERED that the parties' Settlement Agreement is herewith made an Order of the Court and the above action is dismissed with prejudice.  The Court will retain jurisdiction to enforce the terms thereof.

DATED:  7/26/13

*Dale S. Fischer*
_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

RON LANDIS

   /s/ *Ron Landis*
RON LANDIS

Plaintiff in *pro per*

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

   /s/ *Jonathan B. Klinck*
JONATHAN B. KLINCK
Assistant United States Attorney

Attorneys for Defendant
United States Postal Service

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On July 25, 2013, I served **[PROPOSED] ORDER ON STIPULATION FOR COMPROMISE SETTLEMENT AND RELEASE OF CLAIMS** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: July 25, 2013. Place of mailing: Los Angeles, California.

**Person(s) and/or Entity(ies) to Whom mailed:**
Ron Landis
P.O. Box 957
Santa Barbara, CA 93102

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: July 25, 2013 at Los Angeles, California.

　　　　　　　　　　　　/s/                              .
　　　　　　　　　　　　Rossana Alvarez-Alcocer